AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

David J. Cornell

        Plaintiff,

v.

Nancy A. Berryhill,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:19-cv-00104-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Plaintiff David Cornell's attorneys, Daley Disability Law, P.C., is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $30,734.50. I FURTHER ORDER Daley Disability Law, P.C. to reimburse plaintiff David Cornell the amount of $6,000.00 for EAJA fees previously paid by the Commissioner.

9/15/2021
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk